OPINION — AG — ** COUNTY OFFICERS — MILEAGE — TRAVEL ** COUNTY OFFICERS OR THEIR DEPUTIES ARE ENTITLED TO REIMBURSEMENT FOR AUTHORIZED MILEAGE INCURRED IN THE PERFORMANCE OF THEIR OFFICIAL DUTIES. (TRAVEL, SHERIFF, COUNTY COMMISSIONERS, NOTICES) CITE: 19 O.S. 161 [19-161](3), 19 O.S. 163 [19-163], 19 O.S. 164 [19-164], 19 O.S. 165 [19-165] [19-165], 19 O.S. 166 [19-166], 19 O.S. 180.43 [19-180.43] [19-180.43](B), 19 O.S. 541 [19-541], 22 O.S. 207 [22-207] [22-207], 22 O.S. 1134 [22-1134], 28 O.S. 153 [28-153] [28-153], 43A O.S. 73 [43A-73](F), 64 O.S. 58.1 [64-58.1] [64-58.1], OPINION NO. 74-180, OPINION NO. 78-139, OPINION NO. 80-306 (TRAVEL EXPENSES) (ROBERT W. COLE)